UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| ERIK LEJEUNE | * | CIVIL ACTION |
| | * | NO: 5:18-cv-578 |
| VERSUS | | |
| | * | JUDGE |
| MENGESHA BEREKET, ET AL. | * | MAGISTRATE JUDGE |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, come Defendants, MENGESHA BEREKET, WINNERS TRUCKING, LLC and HALLMARK SPECIALTY INSURANCE COMPANY (hereinafter "Defendants") who, with full reservation of rights, file this Notice of Removal and aver that this matter is hereby removed from the 1st Judicial District Court for the Parish of Caddo, State of Louisiana, to this Court on the following grounds:

### BACKGROUND INFORMATION

#### 1.

On March 21, 2018, Plaintiff, ERIK LEJEUNE, through Sean T. Landry of Gordon McKernan Injury Attorneys, filed this action, entitled *Erik Lejeune v. Mengesha Bereket, et al.*, Case No. 607,544 ("Petition"). (A copy of the Petition for Damages is attached hereto as **Exhibit A** in accordance with 28 U.S.C. § 1446(a)).

### DEFENDANTS HAVE SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

#### 2.

Mengesha Bereket has been made a defendant and service was requested under the Louisiana Long Arm Statute. Although, no Affidavit of Long Arm Service has been filed at the time

of this filing, Mengesha Bereket was served on April 11, 2018 through the Louisiana Long Arm Statute.  Winners Trucking, LLC was served under the Louisiana Long Arm Statute on April 9, 2018.  No Affidavit of Long Arm Service has been filed at the time of this filing.  Hallmark Specialty Insurance Company was personally served on April 11, 2018. Thus, this Notice of Removal is timely filed.

**3.**

The U.S. District Court for the Western District of Louisiana, Shreveport Division encompasses Caddo Parish, the parish in which the state court action is now pending.  Therefore, this venue is proper pursuant to 28 U.S.C. § 1441(a).

**4.**

Pursuant to 28 U.S.C. § 1446(a), filed herewith as **Exhibit A** are copies of all process and pleadings served upon the Defendants in the state court proceeding.

**5.**

Promptly after notice of this removal is filed, written notice hereof will be given to Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of the aforesaid state court to effect the removal of the civil action to this Honorable Court as provided by law.  See **Exhibit B**.

**THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332**

**6.**

This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

**7.**

Upon information and belief, Plaintiff is a resident and domiciliary of Caddo Parish, Louisiana.  See **Exhibit A**, Petition, Introductory Paragraph.

8.

Defendant, Mengesha Bereket, is domiciled in Stone Mountain, Georgia.   Winners Trucking, LLC is a Texas limited liability company with only one member, Samuel Tesfamichael, who is domiciled in Dallas, Texas. Hallmark Specialty Insurance Company is an Oklahoma corporation with its principal place of business in Fort Worth, Texas

9.

Complete diversity of citizenship exists between the Plaintiff and Defendants.

10.

Although the Defendants deny any liability to Plaintiff, the amount in controversy exceeds $75,000, exclusive of interest and costs.   Plaintiff's Petition does not allege the amount in controversy falls below $75,000, as required by Article 893 of the Louisiana Code of Civil Procedure.

11.

The Defendants reserve the right to amend or supplement this Notice of Removal.

12.

The following Exhibits are attached hereto and incorporated here in:

     A.  Plaintiff State Court Filings

     B.  Notice of Filing of Notice of Removal

**WHEREFORE**, Defendants, MENGESHA BEREKET, WINNERS TRUCKING, LLC and HALLMARK SPECIALTY INSURANCE COMPANY, respectfully pray this matter be removed to the U.S. District Court for the Western District of Louisiana, Shreveport Division for further proceedings and disposition.

Respectfully submitted:

JEANSONNE & REMONDET

_/s/ Michael J. Remondet, Jr._
MICHAEL J. REMONDET, JR.  #21046
JULIETTE B. WADE #26830
200 W. Congress St., Suite 1100
Post Office Box 91530
Lafayette, LA  70509
Email:  MikeR@JeanRem.com
Telephone: (337) 237-4370
Fax: (337) 235-2011
ATTORNEYS FOR DEFENDANTS, MENGESHA
BEREKET, WINNERS TRUCKING, LLC and
HALLMARK SPECIALTY INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system and has been served via email, facsimile, electronic filing notification, and/or first class United States mail, proper addressed, postage prepaid on the following:

Mr. Sean T. Landry
Gordon McKernan Injury Attorneys
920 Pierremont Rd., Suite 220
Shreveport, LA 71106

The Honorable Mike Spence
Caddo Parish Clerk of Court
501 Texas St., Room 103
Shreveport, LA 71101

Lafayette, Louisiana on this 27th day of April 2018.

_/s/ Michael J. Remondet, Jr._
MICHAEL J. REMONDET, JR.

- 4 -